JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

380 Red Lion Road Associates LP

**(b)** County of Residence of First Listed Plaintiff   Bucks County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph A. Zenstein, Esquire
1240 Old York Road, Suite 101, Warminster, PA 18974
215-230-0800 / jzenstein@zensteinlaw.com

## DEFENDANTS

Windsor-Mount Joy Mutual  Insurance Company

County of Residence of First Listed Defendant   Lancaster, County, PA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
    Plaintiff
- ☒ 3  Federal Question
    *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
    Defendant
- ☐ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq.
Brief description of cause:
Property Damage from Flood

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*      JUDGE _____      DOCKET NUMBER _____

DATE
06/18/2019

SIGNATURE OF ATTORNEY OF RECORD

---

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| 380 RED LION ROAD ASSOCIATES LP | : | |
| 380 Red Lion Road | : | CIVIL ACTION |
| Huntington Valley, PA 19006 | : | |
| | : | |
| | : | |
| v. | : | NO.: |
| | : | |
| | : | |
| WINDSOR-MOUNT JOY MUTUAL | : | |
| INSURANCE COMPANY | : | |
| 21 West Main Street | : | |
| Ephrata, PA 17522 | : | |

**CIVIL ACTION
COMPLAINT**

## I.   PARTIES

1.     Plaintiff, 380 Red Lion Road Associates LP, is a limited partnership located at the address set forth above.

2.     Defendant, Windsor-Mount Joy Mutual   Insurance Company, is a corporation duly organized and existing which is licensed to issue policies of flood insurance pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq. and which did issue a flood policy, policy number 26166050422017, covering Plaintiff's premises located at 380 Red Lion Road, Huntington Valley, PA 19006.  Plaintiff  is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

3.     At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees who were acting within the course and scope of their employment and on the business of said employer.

## II.   <u>JURISDICTION</u>

4.      Original exclusive jurisdiction is conferred upon this Court pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §4001 <u>et</u> <u>seq</u>.

## III.   <u>CAUSE OF ACTION AND DAMAGES AND RELIEF REQUESTED</u>

5.      On or about September 25, 2018, while the aforementioned flood policy of insurance was in full force and effect, Plaintiff suffered sudden and accidental direct physical losses by flood resulting in serious damage to the insured premises to the extent set forth in the Estimate of Hillis Adjustment Agency Inc., a true and correct copy of which is attached hereto, made part hereof, and marked as Exhibit "A".

6.      Notice of Plaintiff's covered loss was given to Defendant in a timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant.

7.      Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay Plaintiff those benefits due and owing under said policy of insurance.

8.      Defendant has breached its contractual obligation to pay benefits to Plaintiffs for a loss covered under Defendant's policy of insurance.

9.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, Plaintiff has suffered loss and damage in an amount in excess of $150.000.00.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $150,000.00 together with costs, damages for delay, attorney fees and expenses pursuant to 28 U.S.C. § 2412 and such other remedies as seen fit by this Court.

CLAIMS WORLDWIDE LLC

BY:_____

JOSEPH A. ZENTEIN, ESQUIRE
Jzenstein@zensteinlaw.com
1240 Old York Road, Suite 101
Warminster, PA 18974
215-230-0800
215-230-0810
Attorney for Plaintiff

Date:  June 19, 2019

EXHIBIT "A"



## Hillis Adjustment Agency Inc.

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

| | | | |
|---|---|---|---|
| Insured: | ROSESTONE LLC | | |
| Property: | 380  RED LION RD | | |
| | HUNTINGDON VALLEY, PA 19006-6451 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Don Martin | E-mail: | dmartin@hillispublicadjusters.com |
| Company: | Hillis Adjustment Agency Inc. | | |

| | | | |
|---|---|---|---|
| Estimator: | Don Martin | E-mail: | dmartin@hillispublicadjusters.com |
| Company: | Hillis Adjustment Agency Inc. | | |

| **Claim Number:** | **Policy Number:** 2616625042 | **Type of Loss:** Flood |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Loss: | 9/25/2018 | Date Received: | |
| Date Inspected: | | Date Entered: | 10/10/2018 9:16 AM |

| | |
|---|---|
| Price List: | PAPH8X_OCT18 |
| | Restoration/Service/Remodel |
| Estimate: | 180629_CHAWLA_HILLIS |

### Net Claim Summary

| Coverage | Net Claim |
|---|---|
| Building | $289,444.35 |
| **Total Net Claim** | **$289,444.35** |
| Total Amount of Building Recoverable Depreciation | $0.00 |
| **Total Net Claim if Depreciation is Recovered** | **$289,444.35** |



## Hillis Adjustment Agency Inc.

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

| | | |
|---|---|---|
| **Claim Number:** | **Policy Number:** 2616625042 | **Type of Loss:** Flood |

| | | | |
|---|---|---|---|
| Date of Loss: | 9/25/2018 | Date Received: | |
| Date Inspected: | | Date Entered: | 10/10/2018 9:16 AM |

| | |
|---|---|
| Price List: | PAPH8X_OCT18 |
| | Restoration/Service/Remodel |
| Estimate: | 180629_CHAWLA_HILLIS |

## Building

### Net Claim Summary

| Replacement Cost Value | Less Recoverable Depreciation | Less Non-recoverable Depreciation | Actual Cash Value |
|---|---|---|---|
| $297,071.84 | (0.00) | <2,627.49> | $294,444.35 |
| Less Deductible | | | (5,000.00) |
| **Net Claim** | | | **$289,444.35** |
| Total Recoverable Depreciation | | | $0.00 |
| **Net Claim if Depreciation is Recovered** | | | **$289,444.35** |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

## Building

### 180629_CHAWLA_HILLIS

### Main Level

**Main Level**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior | | | | | | | |
| - | | | | | | | |
| Project scope of work | | | | | | | |
| - | | | | | | | |
| 1.  Clean with pressure/chemical spray - Very heavy | 11,884. SF 75 | 0.62 | 457.23 | 0.00 | 7,825.78 | <0.00> | 7,825.78 |
| 2.  Re-point masonry | 2,971.19 SF | 4.97 | 14.26 | 2,956.22 | 17,737.29 | <0.00> | 17,737.29 |
| 3.  Masonry - Labor Minimum | 1.00 EA | 165.49 | 0.00 | 33.10 | 198.59 | <0.00> | 198.59 |
| 4.  Re-point masonry - block | 2,971.19 SF | 2.07 | 8.91 | 1,231.86 | 7,391.13 | <0.00> | 7,391.13 |
| 5.  Seal block with masonry sealer | 2,971.19 SF | 0.69 | 49.92 | 420.00 | 2,520.04 | <42.00> | 2,478.04 |
| 6.  Waterproof concrete & masonry paint | 2,971.19 SF | 1.23 | 94.48 | 749.82 | 4,498.86 | <74.98> | 4,423.88 |
| 7.  Paint sheet metal - two coats | 5,942.38 SF | 0.79 | 106.96 | 960.30 | 5,761.74 | <0.00> | 5,761.74 |
| 8.  Apply anti-microbial agent to the surface area | 1,666.87 SF | 0.22 | 26.24 | 0.00 | 392.95 | <0.00> | 392.95 |
| **Total:  Main Level** | | | **758.00** | **6,351.30** | **46,326.38** | **116.98** | **46,209.40** |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com



**Show Room**                                                                     **Height: 9' 4"**

| | |
|---|---|
| 1311.33 SF Walls | 1156.94 SF Ceiling |
| 2468.28 SF Walls & Ceiling | 1156.94 SF Floor |
| 128.55 SY Flooring | 140.50 LF Floor Perimeter |
| 140.50 LF Ceil. Perimeter | |



**Subroom: Offset ShR (1)**                                                       **Height: 9' 4"**

| | |
|---|---|
| 586.44 SF Walls | 297.50 SF Ceiling |
| 883.94 SF Walls & Ceiling | 297.50 SF Floor |
| 33.06 SY Flooring | 62.83 LF Floor Perimeter |
| 62.83 LF Ceil. Perimeter | |

| **Missing Wall** | **11' 8" X 9' 4"** | | | **Opens into SHOW_ROOM** | | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **QUANTITY** | **UNIT PRICE** | **TAX** | **O&P** | **RCV** | **DEPREC.** | **ACV** |
| 9. R&R Marble or Granite floor tile | 1,454.44 SF | 21.86 | 714.71 | 6,501.76 | 39,010.53 | <588.79> | 38,421.74 |
| 10. Remove Additional labor to remove stone from concrete slab | 1,454.44 SF | 1.80 | 0.00 | 523.60 | 3,141.59 | <0.00> | 3,141.59 |
| 11. Floor leveling cement - Average | 1,454.44 SF | 2.43 | 82.90 | 723.44 | 4,340.63 | <72.35> | 4,268.28 |
| 12. 1/2" - drywall per LF - up to 2' tall | 150.00 LF | 6.57 | 10.62 | 199.22 | 1,195.34 | <19.92> | 1,175.42 |
| 13. Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 150.00 LF | 2.81 | 2.79 | 0.00 | 424.29 | <0.00> | 424.29 |
| 14. Seal/prime then paint the surface area twice (3 coats) | 1,400.00 SF | 1.04 | 21.00 | 295.40 | 1,772.40 | <29.54> | 1,742.86 |
| 15. Clean masonry | 569.33 SF | 0.48 | 17.12 | 0.00 | 290.40 | <5.81> | 284.59 |
| 16. Seal block with masonry sealer | 569.33 SF | 0.69 | 9.56 | 80.48 | 482.88 | <8.05> | 474.83 |
| 17. Waterproof concrete & masonry paint | 569.33 SF | 1.23 | 18.10 | 143.68 | 862.06 | <14.37> | 847.69 |
| 18. R&R Steel door, 3' x 7' - fire rated | 1.00 EA | 450.64 | 23.82 | 94.90 | 569.36 | <9.24> | 560.12 |
| 19. Seal & paint door slab only (per side) | 2.00 EA | 30.39 | 0.89 | 12.34 | 74.01 | <1.24> | 72.77 |
| 20. R&R Steel door frame - 3' opening | 1.00 EA | 176.36 | 6.96 | 36.66 | 219.98 | <3.35> | 216.63 |
| 21. R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | 100.80 | 6.63 | 41.64 | 249.87 | <3.95> | 245.92 |
| 22. Seal & paint door/window trim & jamb - (per side) | 6.00 EA | 24.97 | 1.56 | 30.28 | 181.66 | <3.03> | 178.63 |
| 23. R&R Door - metal - insulated - flush or panel style | 1.00 EA | 293.13 | 12.41 | 61.10 | 366.64 | <5.75> | 360.89 |
| 24. Seal & paint door slab only (per side) | 2.00 EA | 30.39 | 0.89 | 12.34 | 74.01 | <1.24> | 72.77 |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

**CONTINUED - Show Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25. Lockset - Commercial grade - Detach & reset | 2.00 EA | 24.53 | 0.00 | 9.82 | 58.88 | <0.98> | 57.90 |
| 26. Contents - move out then reset - Extra large room | 4.00 EA | 153.59 | 0.00 | 122.88 | 737.24 | <12.29> | 724.95 |
| 27. Muck-out/Flood loss cleanup | 1,454.44 SF | 1.62 | 0.00 | 0.00 | 2,356.19 | <0.00> | 2,356.19 |
| 28. Air mover (per 24 hour period) - No monitoring | 25.00 EA | 25.89 | 46.61 | 129.46 | 823.32 | <13.73> | 809.59 |

11 air movers for 5 days

Started with 11 air movers on the first day as per FEMA Dry log memo, with decreasing of 50% of the equipment each day of the drying.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| 29. Dehumidifier (per 24 hour period) - No monitoring | 50.00 EA | 52.13 | 156.39 | 0.00 | 2,762.89 | <55.26> | 2,707.63 |

10 dehumidifiers for 5 days. (Depend on SF of area and height of area)

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).

| 30. Negative air fan/Air scrubber (24 hr period) - No monit. | 50.00 DA | 71.73 | 215.19 | 0.00 | 3,801.69 | <76.03> | 3,725.66 |

10 air scrubbers for 5 days

Using air scrubbers is within the IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).

| 31. Apply plant-based anti-microbial agent to the floor | 1,454.44 SF | 0.23 | 23.77 | 0.00 | 358.29 | <7.17> | 351.12 |
| 32. Clean stud wall - Heavy | 300.00 SF | 0.79 | 14.60 | 0.00 | 251.60 | <5.03> | 246.57 |
| 33. R&R Metal studding, 3 5/8" wide, 16" OC, 14 gauge | 948.89 SF | 4.68 | 177.63 | 923.70 | 5,542.14 | <86.48> | 5,455.66 |

Project scope of work
-

| 34. R&R Commercial electrical (SF of bldg) - Extra heavy load | 1,454.44 SF | 33.25 | 686.79 | 9,809.40 | 58,856.32 | <0.00> | 58,856.32 |

Project scope of work
-



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

**CONTINUED - Show Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Show Room** | | | 2,250.94 | 19,752.10 | 128,804.21 | 1,023.60 | 127,780.61 |



| **Ladies'** | | | | **Height: 8'** |
|---|---|---|---|---|
| 368.00 SF Walls | | 126.00 SF Ceiling | | |
| 494.00 SF Walls & Ceiling | | 126.00 SF Floor | | |
| 14.00 SY Flooring | | 46.00 LF Floor Perimeter | | |
| 46.00 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Tear out non-salvageable tile floor & bag for disposal | 126.00 SF | 2.83 | 1.44 | 0.00 | 358.02 | <0.00> | 358.02 |
| 36. Tile floor covering | 126.00 SF | 10.22 | 30.16 | 263.58 | 1,581.46 | <26.35> | 1,555.11 |
| 37. Remove Additional labor to remove tile from concrete slab | 126.00 SF | 1.50 | 0.00 | 37.80 | 226.80 | <0.00> | 226.80 |
| 38. Floor leveling cement - Average | 126.00 SF | 2.43 | 7.18 | 62.68 | 376.04 | <6.26> | 369.78 |
| 39. R&R Ceramic/porcelain tile | 368.00 SF | 13.41 | 93.62 | 1,005.70 | 6,034.20 | <89.38> | 5,944.82 |
| 40. Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 46.00 LF | 2.81 | 0.86 | 0.00 | 130.12 | <0.00> | 130.12 |
| 41. 1/2" - drywall per LF - up to 2' tall | 46.00 LF | 6.57 | 3.26 | 61.10 | 366.58 | <6.11> | 360.47 |
| 42. R&R 1/2" Cement board | 92.00 SF | 4.80 | 7.01 | 89.72 | 538.33 | <7.67> | 530.66 |
| 43. R&R Interior door - solid core Colonist - pre-hung unit | 1.00 EA | 273.38 | 12.50 | 57.18 | 343.06 | <5.39> | 337.67 |
| 44. Seal & paint door slab only (per side) | 2.00 EA | 30.39 | 0.89 | 12.34 | 74.01 | <1.24> | 72.77 |
| 45. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | 24.97 | 0.52 | 10.08 | 60.54 | <1.01> | 59.53 |
| 46. Lockset - Commercial grade - Detach & reset | 1.00 EA | 24.53 | 0.00 | 4.90 | 29.43 | <0.49> | 28.94 |
| 47. Toilet - Detach & reset | 2.00 EA | 218.37 | 0.64 | 87.46 | 524.84 | <8.74> | 516.10 |
| 48. R&R Toilet flange | 2.00 EA | 260.84 | 8.17 | 105.96 | 635.81 | <8.72> | 627.09 |
| 49. Toilet seat - Detach & reset | 2.00 EA | 35.04 | 0.00 | 14.02 | 84.10 | <1.40> | 82.70 |
| 50. Detach & Reset Sink - wall mounted | 3.00 EA | 218.89 | 0.00 | 131.34 | 788.01 | <0.00> | 788.01 |
| 51. P-trap assembly - Detach & reset | 3.00 EA | 53.78 | 0.00 | 32.26 | 193.60 | <3.23> | 190.37 |
| 52. R&R Baseboard electric heater - 4' | 1.00 EA | 140.13 | 2.70 | 28.58 | 171.41 | <2.64> | 168.77 |



## Hillis Adjustment Agency Inc.

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

### CONTINUED - Ladies'

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 53. Detach & Reset Toilet partition (plastic laminate or baked enamel steel) | 3.00 EA | 257.27 | 0.00 | 154.36 | 926.17 | <0.00> | 926.17 |
| 54. Soap dispenser - Detach & reset | 2.00 EA | 14.02 | 0.00 | 5.60 | 33.64 | <0.56> | 33.08 |
| 55. Toilet paper dispenser - Detach & reset | 2.00 EA | 29.49 | 0.00 | 11.80 | 70.78 | <1.18> | 69.60 |
| 56. Towel bar - Detach & reset | 1.00 EA | 15.49 | 0.00 | 3.10 | 18.59 | <0.31> | 18.28 |
| 57. Detach & Reset Handicap grab bar - Stainless steel, 1 1/2" x 48" | 1.00 EA | 30.67 | 0.00 | 6.14 | 36.81 | <0.00> | 36.81 |
| 58. Remove Fire alarm - Horn/Bell | 1.00 EA | 15.83 | 0.00 | 3.16 | 18.99 | <0.00> | 18.99 |
| 59. Install Fire alarm - Horn/Bell | 1.00 EA | 130.08 | 0.00 | 26.02 | 156.10 | <2.60> | 153.50 |
| 60. Detach & Reset Switch | 1.00 EA | 17.95 | 0.00 | 3.60 | 21.55 | <0.00> | 21.55 |
| 61. Muck-out/Flood loss cleanup | 126.00 SF | 1.62 | 0.00 | 0.00 | 204.12 | <0.00> | 204.12 |
| 62. Air mover (per 24 hour period) - No monitoring | 5.00 EA | 25.89 | 9.32 | 25.90 | 164.67 | <2.75> | 161.92 |

1 air movers for 5 days

Started with 2 air movers on the first day as per FEMA Dry log memo, with decreasing of 50% of the equipment each day of the drying.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| 63. Dehumidifier (per 24 hour period) - No monitoring | 5.00 EA | 52.13 | 15.64 | 0.00 | 276.29 | <5.52> | 270.77 |

1 dehumidifier for 5 days. (Depend on SF of area and height of area)

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| 64. Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 71.73 | 21.52 | 0.00 | 380.17 | <7.60> | 372.57 |

1 air scrubber for 5 days

Using air scrubbers is within the IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| 65. Apply plant-based anti-microbial agent to the floor | 126.00 SF | 0.23 | 2.06 | 0.00 | 31.04 | <0.63> | 30.41 |
| 66. Clean stud wall - Heavy | 92.00 SF | 0.79 | 4.48 | 0.00 | 77.16 | <1.54> | 75.62 |
| 67. Mirror - plate glass - Detach & reset | 24.00 SF | 5.67 | 0.00 | 27.22 | 163.30 | <2.72> | 160.58 |



## Hillis Adjustment Agency Inc.

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

**CONTINUED - Ladies'**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68.  Remove Service sink - 24" x 20" - wall hung | 1.00 EA | 57.54 | 0.00 | 11.50 | 69.04 | <0.00> | 69.04 |
| 69.  Install Service sink - 24" x 20" - wall hung | 1.00 EA | 324.44 | 0.00 | 64.88 | 389.32 | <6.49> | 382.83 |

| Totals:  Ladies' | | | 221.97 | 2,347.98 | 15,554.10 | 200.53 | 15,353.57 |
|---|---|---|---|---|---|---|---|



(1)

**Mens'** | **Height: 8'**

| 320.00  SF Walls | 99.00  SF Ceiling |
|---|---|
| 419.00  SF Walls & Ceiling | 99.00  SF Floor |
| 11.00  SY Flooring | 40.00  LF Floor Perimeter |
| 40.00  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 70.  Tear out non-salvageable tile floor & bag for disposal | 99.00 SF | 2.83 | 1.13 | 0.00 | 281.30 | <0.00> | 281.30 |
| 71.  Tile floor covering | 99.00 SF | 10.22 | 23.70 | 207.10 | 1,242.58 | <20.71> | 1,221.87 |
| 72.  Remove Additional labor to remove tile from concrete slab | 99.00 SF | 1.50 | 0.00 | 29.70 | 178.20 | <0.00> | 178.20 |
| 73.  Floor leveling cement - Average | 99.00 SF | 2.43 | 5.64 | 49.24 | 295.45 | <4.92> | 290.53 |
| 74.  R&R Ceramic/porcelain tile | 320.00 SF | 13.41 | 81.41 | 874.52 | 5,247.13 | <77.73> | 5,169.40 |
| 75.  Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 11.00 LF | 2.81 | 0.20 | 0.00 | 31.11 | <0.00> | 31.11 |
| 76.  1/2" - drywall per LF - up to 2' tall | 11.00 LF | 6.57 | 0.78 | 14.62 | 87.67 | <1.47> | 86.20 |
| 77.  R&R 1/2" Cement board | 22.00 SF | 4.80 | 1.68 | 21.46 | 128.74 | <1.83> | 126.91 |
| 78.  R&R Interior door - solid core Colonist - pre-hung unit | 1.00 EA | 273.38 | 12.50 | 57.18 | 343.06 | <5.39> | 337.67 |
| 79.  Seal & paint door slab only (per side) | 2.00 EA | 30.39 | 0.89 | 12.34 | 74.01 | <1.24> | 72.77 |
| 80.  Seal & paint door/window trim & jamb - (per side) | 2.00 EA | 24.97 | 0.52 | 10.08 | 60.54 | <1.01> | 59.53 |
| 81.  Lockset - Commercial grade - Detach & reset | 1.00 EA | 24.53 | 0.00 | 4.90 | 29.43 | <0.49> | 28.94 |
| 82.  R&R Baseboard electric heater - 4' | 1.00 EA | 140.13 | 2.70 | 28.58 | 171.41 | <2.64> | 168.77 |
| 83.  Toilet - Detach & reset | 1.00 EA | 218.37 | 0.32 | 43.74 | 262.43 | <4.38> | 258.05 |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

**CONTINUED - Mens'**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 84.  R&R Toilet flange | 1.00 EA | 260.84 | 4.09 | 52.98 | 317.91 | <4.36> | 313.55 |
| 85.  Toilet seat - Detach & reset | 1.00 EA | 35.04 | 0.00 | 7.00 | 42.04 | <0.70> | 41.34 |
| 86.  Detach & Reset Urinal - wall hung | 1.00 EA | 316.39 | 0.00 | 63.28 | 379.67 | <0.00> | 379.67 |
| 87.  Detach & Reset Sink - wall mounted | 3.00 EA | 218.89 | 0.00 | 131.34 | 788.01 | <0.00> | 788.01 |
| 88.  P-trap assembly - Detach & reset | 3.00 EA | 53.78 | 0.00 | 32.26 | 193.60 | <3.23> | 190.37 |
| 89.  Detach & Reset Handicap grab bar - Stainless steel, 1 1/2" x 48" | 3.00 EA | 30.67 | 0.00 | 18.40 | 110.41 | <0.00> | 110.41 |
| 90.  Towel bar - Detach & reset | 1.00 EA | 15.49 | 0.00 | 3.10 | 18.59 | <0.31> | 18.28 |
| 91.  Soap dispenser - Detach & reset | 2.00 EA | 14.02 | 0.00 | 5.60 | 33.64 | <0.56> | 33.08 |
| 92.  Toilet paper holder - Detach & reset | 1.00 EA | 16.35 | 0.00 | 3.28 | 19.63 | <0.33> | 19.30 |
| 93.  Toilet paper dispenser - Detach & reset | 2.00 EA | 29.49 | 0.00 | 11.80 | 70.78 | <1.18> | 69.60 |
| 94.  Mirror - plate glass - Detach & reset | 9.00 SF | 5.67 | 0.00 | 10.20 | 61.23 | <1.02> | 60.21 |
| 95.  Detach & Reset Switch | 1.00 EA | 17.95 | 0.00 | 3.60 | 21.55 | <0.00> | 21.55 |
| 96.  Detach & Reset Ground fault interrupter (GFI) outlet | 1.00 EA | 17.95 | 0.00 | 3.60 | 21.55 | <0.00> | 21.55 |
| 97.  Remove Fire alarm - Horn/Bell | 1.00 EA | 15.83 | 0.00 | 3.16 | 18.99 | <0.00> | 18.99 |
| 98.  Install Fire alarm - Horn/Bell | 1.00 EA | 130.08 | 0.00 | 26.02 | 156.10 | <2.60> | 153.50 |
| 99.  Detach & Reset Toilet partition (plastic laminate or baked enamel steel) | 1.00 EA | 257.27 | 0.00 | 51.46 | 308.73 | <0.00> | 308.73 |
| 100.  Detach & Reset Urinal partition (plastic laminate or baked enamel steel) | 1.00 EA | 76.66 | 0.00 | 15.34 | 92.00 | <0.00> | 92.00 |
| 101.  Muck-out/Flood loss cleanup | 99.00 SF | 1.62 | 0.00 | 0.00 | 160.38 | <0.00> | 160.38 |
| 102.  Air mover (per 24 hour period) - No monitoring | 5.00 EA | 25.89 | 9.32 | 25.90 | 164.67 | <2.75> | 161.92 |

1 air movers for 5 days

Started with 2 air movers on the first day as per FEMA Dry log memo, with decreasing of 50% of the equipment each day of the drying.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 103.  Dehumidifier (per 24 hour period) - No monitoring | 5.00 EA | 52.13 | 15.64 | 0.00 | 276.29 | <5.52> | 270.77 |

1 dehumidifier for 5 days. (Depend on SF of area and height of area)

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104.  Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 71.73 | 21.52 | 0.00 | 380.17 | <7.60> | 372.57 |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

### CONTINUED - Mens'

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1 air scrubbers for 5 days | | | | | | | |
| Using air scrubbers is within the IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration. | | | | | | | |
| The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC). | | | | | | | |
| 105.  Apply plant-based anti-microbial agent to the floor | 99.00 SF | 0.23 | 1.62 | 0.00 | 24.39 | <0.49> | 23.90 |
| 106.  Clean stud wall - Heavy | 22.00 SF | 0.79 | 1.07 | 0.00 | 18.45 | <0.37> | 18.08 |
| **Totals:  Mens'** | | | **184.73** | **1,821.78** | **12,111.84** | **152.83** | **11,959.01** |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com



**Shop**                                                                    **Height: 23'**

| | |
|---|---|
| 7544.83 SF Walls | 7966.50 SF Ceiling |
| 15511.33 SF Walls & Ceiling | 7966.50 SF Floor |
| 885.17 SY Flooring | 313.83 LF Floor Perimeter |
| 333.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **10' X 6' 8"** | **Opens into STORAGE** |
| **Missing Wall - Goes to Floor** | **10' X 6' 8"** | **Opens into STORAGE_AREA** |

Subroom: Shop_ offset (1)                                         **Height: 23'**

| | |
|---|---|
| 1874.50 SF Walls | 825.50 SF Ceiling |
| 2700.00 SF Walls & Ceiling | 825.50 SF Floor |
| 91.72 SY Flooring | 81.50 LF Floor Perimeter |
| 81.50 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **39' X 23'** | **Opens into SHOP** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 107.  Tear out wet drywall, cleanup, bag for disposal | 500.00 SF | 0.85 | 4.50 | 0.00 | 429.50 | <0.00> | 429.50 |
| 108.  1/2" drywall - hung, taped, floated, ready for paint | 500.00 SF | 1.70 | 15.60 | 173.12 | 1,038.72 | <17.31> | 1,021.41 |
| 109.  Tear out wet paneling, bag for disposal | 400.00 SF | 0.48 | 1.92 | 0.00 | 193.92 | <0.00> | 193.92 |
| 110.  Paneling | 400.00 SF | 2.08 | 15.84 | 169.56 | 1,017.40 | <16.96> | 1,000.44 |
| 111.  Seal/prime then paint the surface area twice (3 coats) | 800.00 SF | 1.04 | 12.00 | 168.80 | 1,012.80 | <16.88> | 995.92 |
| 112.  Paint sheet metal - two coats | 1,600.00 SF | 0.79 | 28.80 | 258.56 | 1,551.36 | <25.86> | 1,525.50 |
| 113.  Muck-out/Flood loss cleanup | 8,792.00 SF | 1.62 | 0.00 | 0.00 | 14,243.04 | <0.00> | 14,243.04 |
| 114.  Air mover (per 24 hour period) - No monitoring | 110.00 EA | 25.89 | 205.04 | 569.58 | 3,622.52 | <60.38> | 3,562.14 |



## Hillis Adjustment Agency Inc.

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

### CONTINUED - Shop

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22 air movers for 5 days | | | | | | | |
| Started with 55 air movers on the first day as per FEMA Dry log memo, with decreasing of 50% of the equipment each day of the drying. | | | | | | | |
| The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC). - | | | | | | | |
| 115. Dehumidifier (per 24 hour period) - No monitoring | 290.00 EA | 52.13 | 907.06 | 0.00 | 16,024.76 | <320.49> | 15,704.27 |
| 58 dehumidifiers for 5 days. (Depend on SF of area and height of area) | | | | | | | |
| The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC). - | | | | | | | |
| 116. Negative air fan/Air scrubber (24 hr period) - No monit. | 290.00 DA | 71.73 | 1,248.10 | 0.00 | 22,049.80 | <440.99> | 21,608.81 |
| 58 air scrubbers for 5 days | | | | | | | |
| Using air scrubbers is within the IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration. | | | | | | | |
| The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC). | | | | | | | |
| 117. Apply plant-based anti-microbial agent to the floor | 8,792.00 SF | 0.23 | 143.70 | 0.00 | 2,165.86 | <43.31> | 2,122.55 |
| 118. Clean stud wall - Heavy | 500.00 SF | 0.79 | 24.34 | 0.00 | 419.34 | <8.38> | 410.96 |
| **Totals: Shop** | | | **2,606.90** | **1,339.62** | **63,769.02** | **950.56** | **62,818.46** |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com



| Storage Area/Room | | Height: 23' |
|---|---|---|
| 4349.33 SF Walls | 1343.00 SF Ceiling | |
| 5692.33 SF Walls & Ceiling | 1343.00 SF Floor | |
| 149.22 SY Flooring | 182.00 LF Floor Perimeter | |
| 192.00 LF Ceil. Perimeter | | |

| Missing Wall - Goes to Floor | 10' X 6' 8" | | | Opens into SHOP | | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **QUANTITY** | **UNIT PRICE** | **TAX** | **O&P** | **RCV** | **DEPREC.** | **ACV** |
| 119.  Clean masonry | 158.00 SF | 0.48 | 4.75 | 0.00 | 80.59 | <1.61> | 78.98 |
| 120.  Seal block with masonry sealer | 158.00 SF | 0.69 | 2.65 | 22.34 | 134.01 | <2.23> | 131.78 |
| 121.  Waterproof concrete & masonry paint | 158.00 SF | 1.23 | 5.02 | 39.86 | 239.22 | <3.99> | 235.23 |
| 122.  Clean more than the room length | 1,817.00 SF | 0.26 | 29.50 | 0.00 | 501.92 | <10.04> | 491.88 |
| 123.  Paint sheet metal - two coats | 1,817.00 SF | 0.79 | 32.71 | 293.62 | 1,761.76 | <29.36> | 1,732.40 |
| 124.  Muck-out/Flood loss cleanup | 1,343.00 SF | 1.62 | 0.00 | 0.00 | 2,175.66 | <0.00> | 2,175.66 |
| 125.  Air mover (per 24 hour period) - No monitoring | 20.00 EA | 25.89 | 37.28 | 103.56 | 658.64 | <10.98> | 647.66 |

4 air movers for 5 days

Started with 9 air movers on the first day as per FEMA Dry log memo, with decreasing of 50% of the equipment each day of the drying.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| 126.  Dehumidifier (per 24 hour period) - No monitoring | 45.00 EA | 52.13 | 140.75 | 0.00 | 2,486.60 | <49.74> | 2,436.86 |

9 dehumidifiers for 5 days. (Depend on SF of area and height of area)

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-

| 127.  Negative air fan/Air scrubber (24 hr period) - No monit. | 45.00 DA | 71.73 | 193.67 | 0.00 | 3,421.52 | <68.43> | 3,353.09 |

9 air scrubbers for 5 days

Using air scrubbers is within the IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration.

The drying time had to be increased due to drying taking longer do to the saturated framing member and sub flooring, and also due to the fact, that extensive porous materials retaining water. We conducted this operation within the IICRC S500 Standards of practice: Institute of Inspection, Cleaning, and Restoration Certification (IICRC).
-



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

**CONTINUED - Storage Area/Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 128. Apply plant-based anti-microbial agent to the floor | 1,343.00 SF | 0.23 | 21.95 | 0.00 | 330.84 | <6.61> | 324.23 |
| **Totals: Storage Area/Room** | | | 468.28 | 459.38 | 11,790.76 | 182.99 | 11,607.77 |
| **Total: Main Level** | | | 6,490.82 | 32,072.16 | 278,356.31 | 2,627.49 | 275,728.82 |

**General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 129. Water Extraction & Remediation Technician - per hour | 12.50 HR | 46.13 | 34.60 | 0.00 | 611.23 | <0.00> | 611.23 |
| 15 mins of technician time per hour of run time to maintain generator. | | | | | | | |
| 130. Add for personal protective equipment (hazardous cleanup) | 40.00 EA | 10.29 | 43.03 | 0.00 | 454.63 | <0.00> | 454.63 |
| 131. Equipment setup, take down, and monitoring (hourly charge) | 76.40 HR | 46.13 | 211.46 | 0.00 | 3,735.79 | <0.00> | 3,735.79 |
| 5 min per unit@day | | | | | | | |
| 132. Generator - 6,000 watt - portable (per day) | 5.00 DA | 77.44 | 0.00 | 77.44 | 464.64 | <0.00> | 464.64 |
| The structure had no available power due to electoral damage during flooding. The city had removed power from the building until occupancy inspection can be attained. | | | | | | | |
| 133. Temporary Repairs (Bid Item) | 50.00 EA | 1.99 | 0.00 | 19.90 | 119.40 | <0.00> | 119.40 |
| 10 gallons of diesel per day for 5 days $ 1.99 | | | | | | | |
| 134. Delivery charge (Bid Item) | 2.00 EA | 155.00 | 0.00 | 62.00 | 372.00 | <0.00> | 372.00 |
| Delivery of generator. $ 155 | | | | | | | |
| 135. Delivery charge (Bid Item) | 1.00 EA | 50.00 | 0.00 | 10.00 | 60.00 | <0.00> | 60.00 |
| Delivery of fuel. $ 50 | | | | | | | |
| 136. Power distribution box | 5.00 DA | 37.14 | 11.14 | 0.00 | 196.84 | <0.00> | 196.84 |
| 1 unit for 5 days | | | | | | | |
| 137. Generator temporary power cable (per week) | 1.00 WK | 79.95 | 0.00 | 16.00 | 95.95 | <0.00> | 95.95 |
| 138. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 929.00 | 0.00 | 0.00 | 1,858.00 | <0.00> | 1,858.00 |
| 139. Cleaning & Remediation - Supervisory - per hr | 8.00 HR | 50.01 | 24.00 | 0.00 | 424.08 | <0.00> | 424.08 |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

**CONTINUED - General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: General | | | 324.23 | 185.34 | 8,392.56 | 0.00 | 8,392.56 |
| Line Item Totals: 180629_CHAWLA_HILLIS | | | 6,815.05 | 32,257.50 | 286,748.87 | 2,627.49 | 284,121.38 |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

## Summary for Building

| | |
|---|---:|
| Line Item Total | 247,676.32 |
| Permit 1% of Coverage | 2,867.49 |
| Unforeseen expenses 2% of Coverage | 5,734.98 |
| Material Sales Tax | 2,475.34 |
| Cleaning Mtl Tax | 66.97 |
| Subtotal | 258,821.10 |
| Overhead | 16,989.00 |
| Profit | 16,989.00 |
| Cleaning Sales Tax | 4,272.74 |
| **Replacement Cost Value** | **$297,071.84** |
| Less Non-recoverable Depreciation | <2,627.49> |
| **Actual Cash Value** | **$294,444.35** |
| Less Deductible | (5,000.00) |
| **Net Claim** | **$289,444.35** |

Don Martin



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6%) | Cleaning Mtl Tax (6%) | Cleaning Sales Tax (6%) | Clothing Acc Tax (6%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 16,128.75 | 16,128.75 | 2,475.34 | 66.97 | 4,272.74 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 860.25 | 860.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | 16,989.00 | 16,989.00 | 2,475.34 | 66.97 | 4,272.74 | 0.00 | 0.00 | 0.00 |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

## Recap by Room

Estimate: 180629_CHAWLA_HILLIS

| Area: Main Level | | |
|---|---|---|
| Show Room | 39,217.08 | 15.83% |
| Ladies' | 106,801.17 | 43.12% |
| Mens' | 12,984.15 | 5.24% |
| Shop | 10,105.33 | 4.08% |
| Storage Area/Room | 59,822.50 | 24.15% |
| | 10,863.10 | 4.39% |
| **Area Subtotal:  Main Level** | 239,793.33 | 96.82% |
| General | 7,882.99 | 3.18% |
| **Subtotal of Areas** | 247,676.32 | 100.00% |
| **Total** | 247,676.32 | 100.00% |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CONTENT MANIPULATION | 614.36 | 12.29 | 602.07 |
| GENERAL DEMOLITION | 10,563.79 | | 10,563.79 |
| DOORS | 1,387.40 | 27.75 | 1,359.65 |
| DRYWALL | 2,209.99 | 44.20 | 2,165.79 |
| ELECTRICAL | 45,895.14 | 5.18 | 45,889.96 |
| ELECTRICAL - SPECIAL SYSTEMS | 260.16 | 5.20 | 254.96 |
| FLOOR COVERING - STONE | 28,725.19 | 574.50 | 28,150.69 |
| FLOOR COVERING - CERAMIC TILE | 6,380.54 | 127.61 | 6,252.93 |
| PERMITS AND FEES | 360.00 | | 360.00 |
| FINISH CARPENTRY / TRIMWORK | 190.98 | 3.82 | 187.16 |
| FINISH HARDWARE | 201.53 | 4.03 | 197.50 |
| FRAMING & ROUGH CARPENTRY | 4,146.65 | 82.93 | 4,063.72 |
| MASONRY | 21,082.66 | | 21,082.66 |
| MIRRORS & SHOWER DOORS | 187.11 | 3.74 | 183.37 |
| PLUMBING | 3,679.44 | 40.99 | 3,638.45 |
| PANELING & WOOD WALL FINISHES | 832.00 | 16.64 | 815.36 |
| PAINTING | 17,275.89 | 251.66 | 17,024.23 |
| TOILET & BATH ACCESSORIES | 1,346.38 | 2.36 | 1,344.02 |
| TILE | 8,646.58 | 172.94 | 8,473.64 |
| TEMPORARY REPAIRS | 566.65 | | 566.65 |
| WATER EXTRACTION & REMEDIATION | 4,271.85 | 85.45 | 4,186.40 |
| **O&P Items Subtotal** | **158,824.29** | **1,461.29** | **157,363.00** |

| Non-O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 8,912.15 | 30.88 | 8,881.27 |
| GENERAL DEMOLITION | 22,832.81 | | 22,832.81 |
| WATER EXTRACTION & REMEDIATION | 57,107.07 | 1,032.83 | 56,074.24 |
| Non-O&P Items Subtotal | 88,852.03 | 1063.71 | 87,788.32 |
| O&P Items Subtotal | 158,824.29 | 1,461.29 | 157,363.00 |
| Permits and Fees | 8,602.47 | | 8,602.47 |
| Material Sales Tax | 2,475.34 | 32.89 | 2,442.45 |
| Cleaning Mtl Tax | 66.97 | 0.61 | 66.36 |
| Overhead | 16,989.00 | | 16,989.00 |
| Profit | 16,989.00 | | 16,989.00 |
| Cleaning Sales Tax | 4,272.74 | 68.99 | 4,203.75 |
| **Total** | **297,071.84** | **2,627.49** | **294,444.35** |



**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

1    1-20180926_103048



2    2-20180926_103125





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

3    3-20180926_103128



4    4-20180926_103133





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

5    5-20180926_103145



6    6-20180926_115003





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

7   7-20180926_115012



8   8-20180926_115016





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

9   9-20180926_115020



10   10-20180926_115028





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

11   11-20180926_115033



12   12-20180926_115040





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

13   13-20180926_115057



14   14-20180926_115102





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

15   15-20180926_115112



16   16-20180926_115118





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

17   17-20180926_115125



18   18-20180926_115129





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

19   19-20180926_115132



20   20-20180926_115151





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

21   21-20180926_115154



22   22-20180926_115157





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

23   23-20180926_115202



24   24-20180926_115206





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

25   25-20180926_115210



26   26-20180926_115219





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

27   27-20180926_115222



28   28-20180926_115235





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

29   29-20180926_115241



30   30-20180926_115316





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

31   31-20180926_115323



32   32-20180926_115332





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

33   33-20180926_115335



34   34-20180926_115345





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

35   35-20180926_115351



36   36-20180926_115402





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

37   37-20180926_115418



38   38-20180926_115423





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

39   39-20180926_115435



40   40-20180926_115438





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

41   41-20180926_115443



42   42-20180926_115448





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

43   43-20180926_115451



44   44-20180926_115457





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

45   45-20180926_115501



46   46-20180926_115507





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

47   47-20180926_115512



48   48-20180926_115518





## Hillis Adjustment Agency Inc.

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

49   49-20180926_115523



50   50-20180926_115528





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

51   51-20180926_115532



52   52-20180926_115535





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

53   53-20180926_115539



54   54-20180926_115602





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

55   55-20180926_115608



56   56-20180926_115615





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

57   57-20180926_115619



58   58-20180926_115624





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

59    59-20180926_115629



60    60-20180926_115631





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

61   61-20180926_115640



62   62-20180926_115658





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

63   63-20180926_115706



64   64-20180926_115708





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

65   65-20180926_115717



66   66-20180926_115719





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

67   67-20180926_115721



68   68-20180926_115726





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

69   69-20180926_115731



70   70-20180926_115734





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

71   71-20180926_115740



72   72-20180926_115744





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

73   73-20180926_115748



74   74-20180926_115753





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

75    75-20180926_115756



76    76-20180926_115808





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

77   77-20180926_115834



78   78-20180926_115839





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

79   79-20180926_115842



80   80-20180926_115846





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

81   81-20180926_115850



82   82-20180926_115854





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

83    83-20180926_115857



84    84-20180926_115902





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

85   85-20180926_115907



86   86-20180926_115910





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

87   87-20180926_115917



88   88-20180926_115925





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

89   89-20180926_115928



90   90-20180926_115934





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

91    91-20180926_115947



92    92-20180926_115959





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

93   93-20180926_120002



94   94-20180926_120005





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

95   95-20180926_120008



96   96-20180926_120013





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

97   97-20180926_120020



98   98-20180926_120022





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

99   99-20180926_120026



100  100-20180926_120028





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

101  101-20180926_120031



102  102-20180926_120034





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

103  103-20180926_120039



104  104-20180926_120044





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

105  105-20180926_120048



106  106-20180926_120102





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

107  107-20180926_120108



108  108-20180926_120112





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

109  109-20180926_120114



110  110-20180926_120117





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

111  111-20180926_120119



112  112-20180926_120640





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

113  113-20180926_120645



114  114-20180926_120651





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

115  115-20180926_120717



116  116-20180926_120721





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

117  117-20180926_120737



118  118-20180926_120747





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

119  119-20180926_120752



120  120-20180926_120810





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

121  121-20180926_120813



122  122-20180926_120901





**Hillis Adjustment Agency Inc.**

Corporate Headquarters
2336 Street Road, Bensalem, PA 19020
E-mail: info@hillispublicadjusters.com
Tel: +1-800-445-5471 (1-800-HILLIS-1)
Fax: +215-245-7101
Web: www.hillis1.com

123  123-20180926_120909



Main Level

N

Main Level

Page: 82

10/10/2018

180629_CHAWLA_HILLIS