IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 380 RED LION ROAD ASSOCIATES, LP | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 5:19-CV-02768-JDW |
| vs. | : | |
| | : | |
| WINDSOR-MOUNT JOY MUTUAL INSURANCE COMPANY | : | |
| | : | |
| | : | |
| Defendant. | : | |

## RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, 380 Red Lion Road Associates, LP, and Defendant, Windsor-Mount

Joy Mutual Insurance Company, by and through their respective undersigned counsel, and hereby

stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause

may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 25th, 2020.                    Respectfully submitted,

CLAIMS WORLDWIDE, LLC                    MARSHALL DENNEHEY WARNER
                                          COLEMAN & GOGGIN

_MKK/DSC_                                 _____

_____                        _____
Michael K. Kovalsky, Esquire              Daniel D. Krebbs, Esquire
*Counsel for Plaintiff*                   *Counsel for Defendant*

                                          *And*

                                          NIELSEN & TREAS, LLC

                                          _KTB/DPK_

                                          Kim Tran Britt, Esquire
                                          *Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **380 RED LION ROAD ASSOCIATES, LP** | : | |
| | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | |
| | : | **5:19-CV-02768-JDW** |
| vs. | : | |
| | : | |
| **WINDSOR-MOUNT JOY MUTUAL INSURANCE COMPANY** | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court pursuant to a Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41, and it appearing that all parties consent to the requested relief;

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, and with each party to bear its own costs.

Philadelphia, Pennsylvania on this _____ day of _____, 2020.


_____
**THE HONORABLE JOSHUA D. WOLSON**

## CERTIFICATE OF SERVICE

I hereby certify that on FEB 25, 2020 , copies of this pleading have been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using the CM/ECF system, which will send notice of electronic filing as follows:

Joseph Zenstein, Esquire
Michael K. Kovalsky
Claims Worldwide, LLC
1240 Old York Road, Suite 101
Warminster, PA  18974
*Counsel for Plaintiff*

/s/ *Daniel D. Krebbs*
Daniel D. Krebbs